BOIES SCHILLER FLEXNER LLP
Richard J. Pocker (SBN 3568)
Email: rpocker@bsfllp.com
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300

THORPE NORTH & WESTERN LLP
Mark M. Bettilyon (*Pro Hac Vice* to be filed)
Email: mark.bettilyon@tnw.com
Jed H. Hansen (*Pro Hac Vice* to be filed)
Email: hansen@tnw.com
175 South Main, Suite 900
Salt Lake City, Utah 84111
Telephone: (801) 566-6633

*Attorneys for Defendants Lens.com, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OREN FRANKS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LENS.COM, INC.,<br><br>　　　　　　　　　Defendants. | Case No.: 2:24-cv-0724<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT LENS.COM, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge:　Jennifer A. Dorsey<br><br>Action Filed:　April 12, 2024 |

# STIPULATION

WHEREAS, on April 12, 2024, Plaintiff Oren Franks ("Plaintiff") filed a Complaint against Defendant Lens.com, Inc. ("Defendant", together the "Parties");

WHEREAS, the current deadline for Defendant to answer the Complaint is May 15, 2024;

WHEREAS, the Parties are attempting to resolve various issues in this matter and thus need to extend Defendant's deadline to file a responsive pleading to the Complaint;

WHEREAS, the Parties have agreed to extend the deadline for Defendant to respond to the Complaint up to and including June 14, 2024; and

WHEREAS, this is the first request for an extension of Defendant to respond to the Complaint, the extension will not alter the date of any other event or any deadline already fixed by Court order, and this request is not being made for the purpose of delay or any other improper purpose.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that Defendant shall file a responsive pleading to the Complaint by June 14, 2024.

**IT IS SO STIPULATED.**

DATED: May 8, 2024                    BOIES SCHILLER FLEXNER LLP

By: */s/ Richard J. Pocker*
Richard J. Pocker

*Attorneys for Defendant*


MAZIE SLATER KATZ FREEMAN

By: */s/ Matthew R. Mendelsohn*
Matthew R. Mendelsohn

*Attorneys for Plaintiffs*

## ~~[PROPOSED]~~ ORDER

The Court, having considered the Stipulation to Extend Time for Defendant to Respond to Plaintiff's Complaint, finds there is good cause to order that Defendant's deadline to file a responsive pleading to the Complaint be extended to and including June 14, 2024.

**IT IS SO ORDERED.**

Dated: May 10, 2024

_____
United States Magistrate Judge

---

1
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO PLAINTIFF'S COMPLAINT