# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OREN FRANKS,<br><br>    Plaintiff(s),<br><br>v.<br><br>LENS.COM, INC.,<br><br>    Defendant(s). | Case No. 2:24-cv-00724-JAD-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by August 27, 2024.

IT IS SO ORDERED.

Dated: August 13, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1