## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Oren Franks,<br><br>　　Plaintiff<br>v.<br><br>Lens.com, Inc.,<br><br>　　Defendant | Case No.: 2:24-cv-00724-JAD-NJK |
| Adam Nail,<br><br>　　Plaintiff<br>v.<br><br>Lens.com, Inc.,<br><br>　　Defendant | Case No. 2:24-cv-01149-JAD-EJY |
| Rickey Martin,<br><br>　　Plaintiff<br>v.<br><br>Lens.com, Inc.,<br><br>　　Defendant | Case No. 2:24-cv-02160-RFB-BNW |
| Mary Agrella Fitzpatrick,<br><br>　　Plaintiff<br>v.<br><br>Lens.com, Inc.,<br><br>　　Defendant | Case No. 2:24-cv-02203-JAD-EJY |

**Order Transferring Cases and Consolidating Discovery**

Four separately filed cases are pending in this district against Lens.com over alleged hidden taxes and fees added to the online contact-lens purchases from the Lens.com website. The actions are spread between two district judges and three magistrate judges.

Federal Rule of Civil Procedure 42(a) governs the consolidation of separate actions. When multiple cases "involve a common question of law or fact," district courts may join them for any or all matters at issue, consolidate the suits, or issue any other order that would prevent unnecessary cost or delay.[1] The threshold question is whether the cases involve common questions of law or fact.[2] If common questions exist, the court must balance the savings of time and effort that consolidation will yield against any inconvenience, delay, confusion, or prejudice that may result.[3] "District courts enjoy substantial discretion in deciding whether and to what extent to consolidate cases."[4] Local Rule 42-1 also permits the assignment of related cases to a single district judge and magistrate judge.

The undersigned judges have determined that these cases involve many identical questions of law and fact and that their transfer to a single judge would be economical. **IT IS THEREFORE ORDERED that Case Nos. 2:24-cv-01149-JAD-EJY, 2:24-cv-02160-RFB-BNW, and Case No. 2:24-cv-02203-JAD-EJY are transferred and reassigned to District Judge Jennifer A. Dorsey and Magistrate Judge Nancy J. Koppe.**

**IT IS FURTHER ORDERED that Case Nos. 2:24-cv-0724, 2:24-cv-01149-JAD-EJY, 2:24-cv-02160-RFB-BNW, and Case No. 2:24-cv-02203-JAD-EJY, are consolidated for**

---

[1] Fed. R. Civ. P. 42(a).
[2] *Id.*
[3] *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984).
[4] *Hall v. Hall*, 584 U.S. 59, 77 (2018).

discovery purposes only.  All future discovery-related filings in these cases must be made under first-filed case *Franks v. Lens.com*, 2:24-cv-0724-JAD-NJK only.  The parties must meet and confer and file a proposed amended joint discovery plan and scheduling order by **March 14, 2025.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 11, 2025

_____
U.S. District Judge Richard F. Boulware
Dated: February 11, 2025