# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OREN FRANKS, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>LENS.COM, INC.,<br><br>  Defendant. | Case No. 2:24-cv-00724-JAD-NJK<br>2:24-cv-01149-JAD-NJK<br>2:24-cv-02160-JAD-NJK<br>2:24-cv-02203-JAD-NJK<br><br>**Order**<br><br>[Docket No. 47] |

Pending before the Court is the parties' proposed discovery plan. Docket No. 47.

The parties disagree as to whether discovery should be conducted in phases but provide no explanation as to the parties' respective positions. *See* Docket No. 47 at 5. Further, Plaintiffs submit that the discovery in the Florida action has no connection with the instant action. *Id*. However, Defendants routinely reference the discovery in the Florida action, yet provide no basis for why it is relevant to these matters. *Id*. at 5-6.

Accordingly, the parties' proposed discovery plan is **DENIED** without prejudice. Docket No. 47. A renewed discovery plan must be filed by March 21, 2025, and must provide meaningful discussion as to each differing proposal.

IT IS SO ORDERED.

Dated: March 17, 2025

Nancy J. Koppe
United States Magistrate Judge