# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OREN FRANKS, *et al.*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>LENS.COM, INC.,<br><br>                    Defendant. | Case No.: 2:24-cv-00724-JAD-NJK<br>               2:24-cv-01149-JAD-NJK<br>               2:24-cv-02160-JAD-NJK<br>               2:24-cv-02203-JAD-NJK<br>               2:24-cv-01151-JAD-NJK<br><br>**ORDER GRANTING REQUEST TO EXTEND DISCOVERY DEADLINES AND [PROPOSED] AMENDED SCHEDULING ORDER** |

Plaintiffs Oren Franks, Adam Nail, Mary Agrella Fitzpatrick, Rickey Martin, and Angela Gonneville (together, "Plaintiffs") and Defendant Lens.com, Inc. ("Lens.com," and all together, the "Parties") provide this joint status report and request that the Court enter the attached [Proposed] Amended Scheduling Order.

## I.   THE MEDIATION

The Plaintiffs originally filed five class action lawsuits against Lens.com in five different jurisdictions (Nevada, California, Illinois, Florida and Massachusetts). These lawsuits were all based on similar claims relating to "taxes & fees" charged by Lens.com. After Lens.com moved to transfer and consolidate these lawsuits, the majority of Plaintiffs' lawsuits were transferred to and consolidated in Nevada before this Court. However, one of the claims from *Martin v. Lens.com* was not transferred and remains in the Southern District of Florida (the "Florida Action"). Despite the number of different parties and law firms involved, the Parties have diligently coordinated discovery between the five cases pending in Nevada and the Florida Action.

The Parties participated in a global mediation to attempt to resolve all the disputes in the Nevada and Florida actions on October 1, 2025. Unfortunately, the Parties were unable to reach a settlement at the mediation.

## II.   CURRENT SCHEDULE

On March 25, 2025, the Court set the operative case-management deadlines (the "Scheduling Order") [ECF No. 50]. The discovery-phase deadlines currently are:

- Fact discovery cutoff: October 10, 2025
- Initial expert disclosures: November 10, 2025
- Rebuttal expert disclosures: December 10, 2025
- Expert discovery cutoff: January 12, 2026
- Class-certification and dispositive motions: February 13, 2026
- Joint proposed pretrial order: March 13, 2026 (or 30 days after resolution of

1

dispositive motions).

On September 2, 2025, the Parties filed a joint stipulation to extend discovery deadlines and a proposed amended scheduling order to account for the anticipated mediation [ECF No. 56]. On September 3, 2025, the Court entered a Scheduling Order staying discovery pending the mediation and directing the that in "the event the parties do not achieve a settlement at the mediation, the parties must also file a joint request to reset the remaining deadlines, no later than October 8, 2025" [ECF No. 59].

### III. LR 26-3 STATEMENTS

**A. Discovery completed to date.**

The Parties exchanged Rule 26(a)(1) disclosures and are engaged in written discovery. In total, the Parties have served and responded to or are responding to approximately 87 interrogatories, 67 requests for admission, and 123 requests for production. ESI collection and third-party discovery are underway, including four subpoenas to third parties. The Parties have also engaged in numerous meet and confers regarding discovery disputes.

**B. Discovery that remains to be completed.**

The remaining class certification discovery primarily relates to Lens.com's completion of its document production and fact depositions. The Parties anticipate taking the depositions of all five Plaintiffs, a 30(b)(6) deposition of Lens.com, a 30(b)(6) deposition of a company called Speed Commerce, and potential depositions of employees of Lens.com and Speed Commerce.

**C. Proposed Schedule.**

Accordingly, the Parties respectfully request that the Court enter an amended scheduling order follows:

/

/

/

2

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Substantially Complete Document Production: | None | November 3, 2025 |
| Fact discovery cutoff: | October 10, 2025 | February 9, 2026 |
| Initial experts: | November 10, 2025 | March 13, 2026 |
| Rebuttal experts: | December 10, 2025 | April 13, 2026 |
| Expert discovery cutoff: | January 12, 2026 | May 13, 2026 |
| Class-certification and dispositive motions. | February 13, 2026 | June 12, 2026 |
| Joint proposed pretrial order | March 13, 2026 | July 13, 2026 |

### D. Number of Previous Extensions.

This will be the first extension of the post-consolidation Scheduling Order filed on March 25, 2025 [ECF No. 50].

## IV. STIPULATION

IT IS HEREBY STIPULATED AND AGREED that, for the reasons stated above, the Court may enter the [Proposed] Amended Scheduling Order below extending the discovery deadlines.

DATED: October 8, 2025

**IT IS SO ORDERED**
Dated: October 9, 2025

_____
Nancy J. Koppe
United States Magistrate Judge