LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
Craig Friedberg, Esq.
attcbf@cox.net
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, NV 89121
Telephone: 702.435.7968
Email: attcbf@cox.net

MAZIE SLATER KATZ & FREEMAN, LLC
Matthew R. Mendelsohn, Esq. (admitted *pro hac vice*)
mrm@mazieslater.com
103 Eisenhower Parkway
Roseland, NJ 07068
Telephone: 973.228.9898
Email: mrm@mazieslater.com

*Attorneys for Plaintiff Oren Franks*

(Additional Counsel Listed in Signature Blocks)

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OREN FRANKS, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>LENS.COM, INC.,<br><br>                    Defendant. | Case No.: 2:24-cv-00724-JAD-NJK<br>          2:24-cv-01149-JAD-NJK<br>          2:24-cv-02160-JAD-NJK<br>          2:24-cv-02203-JAD-NJK<br>          2:24-cv-01151-JAD-NJK<br><br>**Order Granting Joint Request re:**<br>**Briefing Schedule and Page Limits**<br><br><br>          ECF No. 78 |

JOINT REQUEST TO FILE OMNIBUS MOTION FOR CLASS CERTIFICATION, INCREASE PAGE LIMITS AND SET BRIEFING SCHEDULE FOR CLASS CERTIFICATION AND DISPOSITIVE MOTIONS

Plaintiffs Oren Franks, Adam Nail, Mary Agrella Fitzpatrick, Rickey Martin, and Angela Gonneville (together, "Plaintiffs") and Defendant Lens.com, Inc. ("Lens.com," and all together, the "Parties") submit this joint request seeking permission from the Court for Plaintiffs to file an omnibus motion for class certification with increased page limits and to set a briefing schedule for the class certification and dispositive motions.

The Parties also seek clarification from the Court on whether the Parties are expected to file class certification, dispositive, and *Daubert* motions related to Martin and Gonneville given the pending motions to dismiss. [ECF Nos. 69 & 72]

## I.    THE CONSOLIDATED ACTIONS

The Plaintiffs originally filed five class action lawsuits against Lens.com in five different jurisdictions (Nevada, California, Illinois, Florida and Massachusetts). These lawsuits were all based on similar claims relating to "taxes & fees" charged by Lens.com. After Lens.com moved to transfer and consolidate these lawsuits, the majority of Plaintiffs' lawsuits were transferred to and consolidated in Nevada before this Court. However, one of the claims from *Martin v. Lens.com* was not transferred and remains in the Southern District of Florida (the "Florida Action").

## II.    PROCEDURAL HISTORY

On March 25, 2025, the Court set the operative case-management deadlines (the "Scheduling Order") [ECF No. 50].

On September 2, 2025, the Parties filed a joint stipulation to extend discovery deadlines and a proposed amended scheduling order to account for the anticipated mediation [ECF No. 56].  On September 3, 2025, the Court entered a Scheduling Order staying discovery pending the mediation and directing the that in "the event the parties do not achieve a settlement at the mediation, the parties must also file a joint request to reset the remaining deadlines, no later than October 8,

JOINT REQUEST TO FILE OMNIBUS MOTION FOR CLASS CERTIFICATION, INCREASE PAGE LIMITS AND SET BRIEFING SCHEDULE FOR CLASS CERTIFICATION AND DISPOSITIVE MOTIONS

2025" [ECF No. 59].

On October 8, 2025, the Parties filed a joint status report and request to extend discovery deadlines [ECF No. 61]. On October 9, 2025, the Court entered an Amended Scheduling Order [ECF No. 52].

On January 20, 2026, the Parties filed a joint status report and second request to extend discovery deadlines [ECF No. 63]. On January 21, 2026, the Court entered an Amended Scheduling Order [ECF No. 64] with the following discovery deadlines:

- Fact discovery cutoff: March 11, 2026
- Initial expert disclosures: April 13, 2026
- Rebuttal expert disclosures: May 13, 2026
- Expert discovery cutoff: June 12, 2026
- Class-certification and dispositive motions: July 13, 2026
- Joint proposed pretrial order: August 12, 2026, or 30 days after resolution of dispositive motions.

### III.   JOINT REQUEST TO FILE OMNIBUS MOTION FOR CLASS CERTIFICATION, INCREASE PAGE LIMITS AND SET BRIEFING SCHEDULE FOR CLASS CERTIFICATION, DISPOSITIVE AND *DAUBERT* MOTIONS

The Parties have substantially completed fact and expert discovery (Plaintiff Franks' deposition has not yet been completed) and are prepared to meet the July 13, 2026 deadline to file class certification, dispositive, and *Daubert* motions. The Parties have met and conferred and agree that filing a single, omnibus motion for class certification for all Plaintiffs is appropriate. However, given the number of Plaintiffs and different State laws that apply to various claims being addressed in the proposed omnibus motion, the Parties require additional pages beyond those permitted by LR 7-3. Accordingly, the Parties respectfully request a page limit

extension for Plaintiffs' anticipated motion for class certification and Defendant's response up to 50 pages and a page limit extension for Plaintiffs' reply up to 25 pages. Defendant has advised that its anticipated dispositive motions will be filed separately for each individual Plaintiff.

Given the number of expected motions that will be briefed simultaneously, the Parties also respectfully request an extended briefing schedule as follows:

- Class certification and dispositive motions due: July 13, 2026
- Responses to motions: August 12, 2026
- Replies to motions: September 2, 2026

Finally, the Parties also expect to file *Daubert* motions related to experts that are submitted in support of or in opposition to the class certification and dispositive motions. The Parties respectfully request an extended briefing schedule on such *Daubert* motions as follows:

- *Daubert* motions related to experts that are submitted in support or in opposition to the class certification and/or dispositive motions due: September 2, 2026
- Responses to *Daubert* motions: October 2, 2026
- Replies to *Daubert* motions: October 23, 2026

## IV.    JOINT REQUEST FOR CLARIFICATION

On March 27, 2026 Defendant filed motions to dismiss Plaintiffs Martin's and Gonneville's Complaints and those motions have been fully-briefed since April 17, 2026 [ECF Nos. 69-77]. Because these motions remain pending and the pleadings unsettled, the Parties respectfully request clarification about whether the Court expects class certification and dispositive motions to be filed on July 13, 2026 for Plaintiffs Martin and Gonneville.

//

//

3

## V.    STIPULATION

IT IS HEREBY STIPULATED AND AGREED that, for the reasons stated above, the Court may enter the [Proposed] Order below addressing the requested relief.

DATED: June 28, 2026                           Respectfully submitted,

MAZIE SLATER KATZ & FREEMAN, LLC

By: */s/ Matthew R. Mendelsohn*
Matthew R. Mendelsohn, Esq.
*Admitted pro hac vice*
103 Eisenhower Parkway
Roseland, NJ 07068
Telephone: 973.228.9898
Email: mrm@mazieslater.com

LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.

Craig Friedberg, Esq.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, NV 89121
Telephone: 702.435.7968
Email: attcbf@cox.net

FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GABER, LLP

Todd S. Garber, Esq.
*Admitted pro hac vice*
One North Broadway, Suite 900
White Plains, NY 10601
Telephone: 914.298.3281
Email: tgarber@fbfglaw.com

4

JOINT REQUEST TO FILE OMNIBUS MOTION FOR CLASS CERTIFICATION, INCREASE PAGE LIMITS AND SET BRIEFING SCHEDULE FOR CLASS CERTIFICATION AND DISPOSITIVE MOTIONS

THE LAW OFFICES OF AMIR J. GOLDSTEIN, ESQ.

Amir J. Goldstein, Esq.
7304 Beverly Blvd., Suite 212
Los Angeles, CA 90036
Telephone: 323.937.0400
ajg@consumercounselgroup.com

*Attorneys for Plaintiff Oren Franks*

LTL ATTORNEYS LLP

By: */s/ Caleb H. Liang*
Caleb H. Liang, Esq.
Joshua T. Le, Esq.
Kevin B. Kelly, Esq.
300 South Grand Ave., Suite 3950
Los Angeles, CA 90071
Telephone: 213.612.8900
Email: Caleb.liang@ltlattorneys.com
Joshua.le@ltlattorneys.com
Kevin.kelly@ltlattorneys.com

*Attorneys for Plaintiff Adam Nail*

MEYERS & FLOWERS, LLC

By: */s/ Matthew Herman*
Matthew Herman
3 N. Second Street, Suite 300
Telephone: 630.797.6333
Facsimile: 630.845.8982
Email: mh@meyers-flowers.com

Allison Schmidt (NV Bar No. 10743)
10777 W. Twain Ave., Suite 300
Las Vegas, NV 89135
Telephone: 702.900.9040
Email: allison@nevadaslawyers.com

5

JOINT REQUEST TO FILE OMNIBUS MOTION FOR CLASS CERTIFICATION, INCREASE PAGE LIMITS AND SET BRIEFING SCHEDULE FOR CLASS CERTIFICATION AND DISPOSITIVE MOTIONS

*Attorneys for Plaintiff Mary Agrella Fitzpatrick*

PHILLIPS & GARCIA, P.C.

By: */s/ Carlin J. Philips*
Carlin J. Philips
13 Ventura Drive
Dartmouth, MA 02747
Telephone: 508.998.0800
Email: cphillips@phillipsgarcia.com

*Attorney for Plaintiff Angela Gonneville*

METHVIN, TERRELL, YANCEY, STEPHENS & MILLER, P.C.

By: */s/ James Matthew Stephens*
James Matthew Stephens, Esq.
Courtney Cooper Gipson, Esq.
Robert G. Methvin, Jr., Esq.
2201 Arlington Avenue South
Birmingham, AL 35295
Telephone: 205.939.0199
Email: mstephens@mtattorneys.com
cgipson@mtattorneys.com
rgm@mtattorneys.com

Allison R. Schmidt
ALLISON R. SCHMIDT ESQ
10777 W. Twain Ave., Suite 300
Las Vegas, NV 89135
Telephone: 702.369.8801
Email: allison@nevadaslawyers.com

*Attorneys for Plaintiff Rickey Martin*

JOINT REQUEST TO FILE OMNIBUS MOTION FOR CLASS CERTIFICATION, INCREASE PAGE LIMITS AND SET BRIEFING SCHEDULE FOR CLASS CERTIFICATION AND DISPOSITIVE MOTIONS

BOIES SCHILLER FLEXNER LLP

By: */s/ Richard J. Pocker*
Richard J. Pocker (SBN 3568)
Email: rpocker@bsfllp.com
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:   (702) 382-7300

THORPE NORTH & WESTERN LLP

Mark Bettilyon (admitted *Pro Hac Vice*)
Email: mark.bettilyon@tnw.com
Jed H. Hansen (admitted *Pro Hac Vice*)
Email: hansen@tnw.com
Joseph M. Harmer (admitted *Pro Hac Vice*)
175 South Main, Suite 900
Salt Lake City, Utah 84111
Telephone:   (801) 566-6633

*Attorneys for Defendant Lens.com, Inc.*

JOINT REQUEST TO FILE OMNIBUS MOTION FOR CLASS CERTIFICATION, INCREASE PAGE LIMITS AND SET BRIEFING SCHEDULE FOR CLASS CERTIFICATION AND DISPOSITIVE MOTIONS

# ORDER

Having considered the Parties' Joint Request and good cause appearing, it is ORDERED as follows:

- Plaintiffs are permitted to file a single, omnibus motion for class certification with page limits extended for the motion and any response thereto up to 50 pages and reply up to 25 pages.

- Class certification and dispositive motions must be filed on or before July 13, 2026.

- Responses to class certification and dispositive motions must be filed on or before August 12, 2026.

- Replies to class certification and dispositive motions must be filed on or before September 2, 2026.

- *Daubert* motions related to experts that are submitted in support or in opposition to the class certification and/or dispositive motions must be filed on or before September 2, 2026.

- Responses to *Daubert* motions must be filed on or before October 2, 2026.

- Replies to *Daubert* motions must be filed on or before October 23, 2026.

Because the defendant already filed dispositive motions regarding Plaintiffs Martin and Gonneville, the court clarifies that the above schedule will also apply to the claims by those plaintiffs; the court is aware of the pendency of the motions to dismiss and will address them in due course along with the many hundred other dispositive motions pending before the undersigned.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 14, 2026

8

JOINT REQUEST TO FILE OMNIBUS MOTION FOR CLASS CERTIFICATION, INCREASE PAGE LIMITS AND SET BRIEFING SCHEDULE FOR CLASS CERTIFICATION AND DISPOSITIVE MOTIONS