LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
Craig Friedberg, Esq.
attcbf@cox.net
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, NV 89121
Telephone: 702.435.7968
Email: attcbf@cox.net

MAZIE SLATER KATZ & FREEMAN, LLC
Matthew R. Mendelsohn, Esq. (admitted *pro hac vice*)
mrm@mazieslater.com
103 Eisenhower Parkway
Roseland, NJ 07068
Telephone: 973.228.9898
Email: mrm@mazieslater.com

*Attorneys for Plaintiff Oren Franks*

(Additional Counsel Listed in Signature Blocks)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| OREN FRANKS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LENS.COM, INC.,<br><br>Defendant. | Case No.: 2:24-cv-00724-JAD-NJK<br><br>STIPULATION AND ORDER DISMISSING CLAIMS BY OREN FRANKS FROM THIS CONSOLIDATED CASE<br><br>ecf no. 92 |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Oren Franks and Defendant Lens.com, Inc. hereby stipulate and agree as follows:

(1) The Court shall dismiss Plaintiff Oren Franks' First Amended Complaint in this action against Defendant Lens.com, Inc. with prejudice.

(2) The claims being asserted by other Plaintiffs in the actions that have been consolidated for discovery under Case No.: 2:24-cv-00724-JAD-NJK are not affected by this dismissal.

(3) Each party will bear its own costs and expenses in this matter, including any and all attorneys' fees.

**SO AGREED:**

By: /s/ Matthew R. Mendelsohn
Matthew R. Mendelsohn (admitted *pro hac vice*)
MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, NJ 07068
Telephone: 973.228.9898
Email: mrm@mazieslater.com

Craig Friedberg, Esq.
Nevada Bar No. 004606
LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
4760 South Pecos Road, Suite 103
Las Vegas, NV 89121
Telephone: 702.435.7968
Email: attcbf@cox.net

Todd S. Garber (admitted *pro hac vice*)
FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP
One North Broadway, Suite 900
White Plains, NY 10601
Telephone: 914.298.3281
Email: tgarber@fbfglaw.com

*Attorneys for Plaintiff Oren Franks*

By: /s/ Richard J. Pocker
Richard J. Pocker (SBN 3568)
Email: rpocker@bsfllp.com
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300

Mark Bettilyon (admitted *pro hac vice*)
Email: mark.bettilyon@tnw.com
Jed H. Hansen (admitted *pro hac vice*)
Email: hansen@tnw.com
Joseph M. Harmer (admitted *pro hac vice*)
THORPE NORTH & WESTERN LLP
175 South Main, Suite 900
Salt Lake City, Utah 84111
Telephone: (801) 566-6633

*Attorneys for Defendant Lens.com, Inc.*

## ORDER

Based on the parties' stipulation **[ECF No. 92]** and good cause appearing, IT IS ORDERED that the claims by Plaintiff Oren Franks in this consolidated action are DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to TERMINATE Plaintiff Oren Franks as a party to this action.

U.S. District Judge Jennifer A. Dorsey
Dated: July 27, 2026